IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANDRE MARIE NGONO, :
    Plaintiff, :
  v. : Case No. 3:19-cv-104-SLH-KAP
MOSHANNON VALLEY :
CORRECTIONAL CENTER, *et al.*, :
    Defendants :

<u>Memorandum Order</u>

    Plaintiff's motion for a stay, ECF no. 73, is denied. If the remaining defendant files a motion for summary judgment and the material that plaintiff seeks (not from the defendant) is relevant to any response, the appropriate motion would be for an extension of time to file a response under Fed. R. Civ. P. 56(d). At this point the plaintiff's concerns are speculative.

DATE: <u>August 4, 2022</u>

    Keith A. Pesto,
    United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

Andre Marie Ngono
132-10 South Conduit Avenue
Jamaica, NY 11430

1